# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MANGIAMELI, JERRY | § | Case No. 09-43906 |
| MANGIAMELI, INES | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/24/2013 in Courtroom 240,

United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/16/2012                    By: Kenneth S. Gardner
                                                  Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MANGIAMELI, JERRY | § | Case No. 09-43906 |
| MANGIAMELI, INES | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,220.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,220.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,772.00 | $ 0.00 | $ 1,772.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 299.54 | $ 0.00 | $ 299.54 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,071.54 |
| Remaining Balance | $ | 8,148.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 49,208.90  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Revenue | $ 3,074.59 | $ 0.00 | $ 509.12 |
| 000005A | Internal Revenue Service | $ 46,134.31 | $ 0.00 | $ 7,639.34 |

|  | Total to be paid to priority creditors | $ 8,148.46 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,410.88  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Revenue | $ 405.20 | $ 0.00 | $ 0.00 |
| 000002 | Commonwealth Edison Company | $ 765.09 | $ 0.00 | $ 0.00 |
| 000003 | Tatiana Ostanina | $ 653.30 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA NA | $ 15,346.99 | $ 0.00 | $ 0.00 |
| 000005B | Internal Revenue Service | $ 5,415.58 | $ 0.00 | $ 0.00 |
| 000006 | Capital Recovery III LLC | $ 1,817.26 | $ 0.00 | $ 0.00 |
| 000007 | Capital Recovery III LLC | $ 11,530.81 | $ 0.00 | $ 0.00 |
| 000008 | Capital Recovery III LLC | $ 4,463.39 | $ 0.00 | $ 0.00 |
| 000009 | Capital Recovery III LLC | $ 638.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Capital Recovery III LLC | $ 3,776.26 | $ 0.00 | $ 0.00 |
| 000011 | Roundup Funding, LLC | $ 291.20 | $ 0.00 | $ 0.00 |
| 000012 | Capital Recovery IV LLC | $ 273.36 | $ 0.00 | $ 0.00 |
| 000013 | Capital Recovery IV LLC | $ 174.71 | $ 0.00 | $ 0.00 |
| 000014 | FIA Card Services, NA/Bank of America | $ 14,137.97 | $ 0.00 | $ 0.00 |
| 000015 | FIA Card Services, NA/Bank of America | $ 10,721.19 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $ 0.00

Remaining Balance        $ 0.00

 

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R.  Voiland _____
                                                    Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-43906-MB
Jerry Mangiameli                                                          Chapter 7
Ines Mangiameli
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 3          Date Rcvd: Dec 17, 2012
                              Form ID: pdf006          Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2012.
```
db        #+Jerry Mangiameli,  167 Money Pl,   Saint Charles, IL 60175-4626
jdb       #+Ines Mangiameli,   167 Money Pl,   Saint Charles, IL 60175-4626
14745612  #+AT&T,   PO Box 6428,   Carol Stream, IL 60197-6428
14745609   +Amc Mortgage Services,   505 City Parkway West,   Orange, CA 92868-2924
14745610   +American Home Mtg Srv,   Attn: Bankruptcy,   4600 Regent Blvd,   Irving, TX 75063-2478
14745613   +Banco Populr,   Po Box 19360,   Portland, OR 97280-0360
14745614   +Bank Of America,   475 Crosspoint Pkwy,   Getzville, NY 14068-1609
14745616   +Blitt and Gaines, P.C.,   318 W. Adams Street,   Suite 1600,   Chicago, IL 60606-5173
14745617   +Blue Cross Blue Shield of Illinois,   300 E. Randolph,   Chicago, IL 60601-5099
14745618  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Attn: C/O TSYS Debt Management,   Po Box 5155,
             Norcross, GA 30091)
14745663  ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Fa,   Po Box 1093,   Northridge, CA 91328)
14745621   +Central Mortgage Co,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,
             Fort Washington, PA 19034-3204
14745622   +Charter One,   1 Citizens Drive,   Riverside, RI 02915-3019
14745623   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16873654    Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14745624   +Codilis & Associates PC,   15W030 N Frontage Rd,   Suite 100,   Willowbrook, IL 60527-6921
14745626   +Collection Company Of,   700 Longwater Dr,   Norwell, MA 02061-1796
14745628   +Crd Prt Asso,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
14745629   +Crown Mortgage Corp,   6131 W. 95th,   Oak Lawn, IL 60453-2781
14745638  ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court: Mazda Amer Cr,   Po Box 537901,   Livonia, MI 48153)
14745630   +GC Services,   Attn: Bankruptcy,   6330 Gulfton St. Ste 400,   Houston, TX 77081-1108
14745633  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/rs,   Hsbc Retail Services Attn: Bankruptcy,   Po Box 15522,
             Wilmington, DE 19850)
14745631   +Home Comings Financial,   Attention: Bankruptcy Dept,   1100 Virginia Drive,
             Fort Washington, PA 19034-3204
14745632   +Horizon Card,   1707 Warren Rd,   Indiana, PA 15701-2423
14745634   +Illinois Collection Se,   8231 W. 185th St. Ste. 100,   Tinley Park, IL 60487-9356
15406562    Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
14745636   +Kca Financial Svcs,   628 North St,   Geneva, IL 60134-1356
14745637   +Loyola Medicine,   Two Westbrook Corporate Center,   Suite 600,   Westchester, IL 60154-5716
14745639   +Medical Business Burea,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
14745641   +Merchants Credit Guide,   223 W Jackson St,   Chicago, IL 60606-6908
14745642   +Midwest Clinical Imaging,   2604 Momentum Place,   Chicago, IL 60689-5326
14745644   +National City Bank,   Attention: Bankruptcy Department,   6750 Miller Road,
             Brecksville, OH 44141-3262
14745648   +Plaza Bank,   7460 W Irving Pk R,   Norridge, IL 60706-2187
14745649   +Powers & Moon LLC,   707 Lake Cook Road,   Suite 309,   Deerfield, IL 60015-4933
14745652   +RMS,   77 Hartland St.,   Suite 401,   East Hartford, CT 06108-3253
14745650   +Rbs Citizens Na,   1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
14745651   +Rehabilitation Medicine Clinic,   35679 Eagle Way,   Chicago, IL 60678-1356
14745653   +Robert R. Mucci,   Attorney at Law,   PO BOX 2007,   Bloomingdale, IL 60108-0207
14745654   +Saints Mary and Elizabeth Medical C,   1117 Paysphere Circle,   Chicago, IL 60674-0011
14745656   +Saxon Mortgage Sercive,   4708 Mercantile Dr. North,   jFortworth, TX 76137-3605
14745657   +Superior Air Ground Amb Serv,   PO Box 1407,   Elmhurst, IL 60126-8407
14745658   +Tatiana Ostanina,   7730 W. North Ave,   Elmwood Park, IL 60707-4124
14745659   +Tax and Accounting Services,   3162 N. Broadway,   Suite 200,   Chicago, IL 60657-4509
14745660   +UIC Pathology,   4810 Paysphere Circle,   Chicago, IL 60674-0048
14745661   +University of Illinois Medical Cent,   3468 Paysphere Circle,   Chicago, IL 60674-0034
14745662   +Village of Elmwood Park,   11 Conti Parkway,   Elmwood Park, IL 60707-4597
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14745611   +E-mail/Text: bnc-applied@quantum3group.com Dec 18 2012 04:29:58     Applied Card Bank,
             Attention: General Inquiries,   Po Box 17125,   Wilmington, DE 19850-7125
14745620   +E-mail/Text: cms-bk@cms-collect.com Dec 18 2012 02:52:03     Capital Management Services,
             726 Exchange Street - Suite 700,   Buffalo, NY 14210-1464
17147185    E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2012 02:35:01     Capital Recovery III LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17188151    E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2012 02:33:12     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14745625   +E-mail/Text: resurgentbknotifications@resurgent.com Dec 18 2012 02:18:14     Collection,
             Attn: Bankrutpcy Department,   Po Box 10587,   Greenville, SC 29603-0587
14745627   +E-mail/Text: legalcollections@comed.com Dec 18 2012 02:23:13     Com Ed,   Customer Care Center,
             PO Box 805379,   Chicago, IL 60680-4179
15878746   +E-mail/Text: legalcollections@comed.com Dec 18 2012 02:23:13     Commonwealth Edison Company,
             3 Lincoln Center, 4th Floor,   Attn:  Bankruptcy Section/Claims,
             Oakbrook Terrace, IL 60181-4204
```

```
District/off: 0752-1           User: cmendoza1           Page 2 of 3            Date Rcvd: Dec 17, 2012
                               Form ID: pdf006           Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17203998      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 18 2012 02:57:42
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
14745635      +E-mail/Text: cio.bncmail@irs.gov Dec 18 2012 02:16:27      Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
14745640      +Fax: 847-227-2151 Dec 18 2012 05:12:48     Medical Recovery Specialists, Inc.,   2250 E Devon Ave,
              Ste 352,   Des Plaines, IL 60018-4519
14745643      +Fax: 847-227-2151 Dec 18 2012 03:42:48     Mrsi,   2250 E Devon Ave Ste 352,
              Des Plaines, IL 60018-4521
14745646      +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 18 2012 04:14:10     NCO Financial Systems,
              507 Prudential Rd,   Horsham, PA 19044-2368
14745647      +E-mail/Text: bankrup@agiresources.com Dec 18 2012 02:18:42     Nicor Gas,
              Attention:  Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
17184544      E-mail/Text: resurgentbknotifications@resurgent.com Dec 18 2012 02:18:15     Roundup Funding, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
14745655      +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2012 02:30:52     Sams Club,
              Attention:  Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                    TOTAL: 15


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14745619*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court:  Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
            Norcross, GA 30091)
14745615    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
14745645    ##+Nationwide Credit & Co,   Attn: Bankruptcy,   9919 W Roosevelt Rd Ste 101,
            Westchester, IL 60154-2771
                                                                            TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2012**                    **Signature:**   _Joseph Speetjens_

District/off: 0752-1          User: cmendoza1          Page 3 of 3          Date Rcvd: Dec 17, 2012
                             Form ID: pdf006          Total Noticed: 61


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2012 at the address(es) listed below:
          Clarissa Y Cutler    on behalf of Interested Party Clarissa Y Cutler cycutler@cyc-law.com
          Jason R Allen    on behalf of Joint Debtor Ines  Mangiameli NDILnotices@legalhelpers.com,
           CourtNotice@legalhelpers.com
          Jason R Allen    on behalf of Debtor Jerry  Mangiameli NDILnotices@legalhelpers.com,
           CourtNotice@legalhelpers.com
          Jose G Moreno    on behalf of Creditor   BAC Home Loans Servicing, L.P. nd-one@il.cslegal.com
          Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
          Monette W Cope    on behalf of Creditor   Citizens by merger with Charter One Bank, N.A.
           ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                            TOTAL: 7