UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MANGIAMELI, JERRY § Case No. 09-43906
MANGIAMELI, INES §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER <br>   ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on   . The case was pending for   months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000005A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CAPITAL RECOVERY III LLC | | | | | |
| 000007 | CAPITAL RECOVERY III LLC | | | | | |
| 000008 | CAPITAL RECOVERY III LLC | | | | | |
| 000009 | CAPITAL RECOVERY III LLC | | | | | |
| 000010 | CAPITAL RECOVERY III LLC | | | | | |
| 000012 | CAPITAL RECOVERY IV LLC | | | | | |
| 000013 | CAPITAL RECOVERY IV LLC | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000002 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000005B | INTERNAL REVENUE SERVICE | | | | | |
| 000011 | ROUNDUP FUNDING, LLC | | | | | |
| 000003 | TATIANA OSTANINA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-43906 RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | MANGIAMELI, JERRY | | | Date Filed (f) or Converted (c): | 11/19/09 (f) |
| | MANGIAMELI, INES | | | 341(a) Meeting Date: | 12/28/09 |
| For Period Ending: | 03/05/13 | | | Claims Bar Date: | 05/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate - 1835 N. 77th Ave, Park IL | 269,731.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account - Chater one | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. wearing apparel | 150.00 | 0.00 | DA | 0.00 | FA |
| 5. Term Life Insurance - no cash surrender value | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. 1998 Mazda MPV | 3,075.00 | 0.00 | DA | 0.00 | FA |
| 7. 1998 Mitsubishi Galant | 1,340.00 | 0.00 | DA | 0.00 | FA |
| 8. turnover action against debtors (u) | Unknown | 10,000.00 | DA | 220.00 | FA |
| 9. wrongful termination claim (u) | 0.00 | 0.00 | | 10,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $275,496.00 | $10,000.00 | | $10,220.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12     Current Projected Date of Final Report (TFR): 06/15/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-43906 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MANGIAMELI, JERRY | | Bank Name: | The Bank of New York Mellon |
| | MANGIAMELI, INES | | Account Number / CD #: | *******2165  Money Market Account |
| Taxpayer ID No: | *******3070 | | | |
| For Period Ending: | 03/05/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 01/14/11 | | Girolamo Mangiameli | partial payment on judgement for turnover DEPOSIT CHECK #5022 | 1290-003 | 120.00 | | 120.00 |
| * 01/18/11 | | Girolamo Mangiameli | partial payment on judgement for tu | 1290-003 | -120.00 | | 0.00 |
| 03/01/11 | 8 | Girolamo Mangiameli | installment payment DEPOSIT CHECK #5028 | 1290-000 | 100.00 | | 100.00 |
| * 05/06/11 | | Girolamo Mangiameli | partial payment DEPOSIT CHECK #5042 | 1290-003 | 100.00 | | 200.00 |
| * 05/09/11 | | Girolamo Mangiameli | partial payment | 1290-003 | -100.00 | | 100.00 |
| 05/17/11 | 8 | Girolamo Mangiameli | Reversed Deposit Rev. 1  Reversed Deposit 100001 1 partial payment on judgement for turnover | 1290-000 | 120.00 | | 220.00 |
| * 08/02/11 | | Girolamo Mangiameli | installment payment DEPOSIT CHECK #5056 | 1290-003 | 100.00 | | 320.00 |
| * 08/04/11 | | Girolamo Mangiameli | installment payment | 1290-003 | -100.00 | | 220.00 |
| 01/25/12 | | Transfer to Acct #*******4455 | Bank Funds Transfer | 9999-000 | | 220.00 | 0.00 |

| | | | COLUMN TOTALS | 220.00 | 220.00 | 0.00 |
|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | 0.00 | 220.00 | |
| | | | Subtotal | 220.00 | 0.00 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 220.00 | 0.00 | |

Page Subtotals    220.00    220.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-43906 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MANGIAMELI, JERRY | | Bank Name: | Congressional Bank |
| | MANGIAMELI, INES | | Account Number / CD #: | *******4455 Checking Account |
| Taxpayer ID No: | *******3070 | | | |
| For Period Ending: | 03/05/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******2165 | Bank Funds Transfer | 9999-000 | 220.00 | | 220.00 |
| 05/22/12 | 9 | Grossinger Autoplex | | 1242-000 | 5,000.00 | | 5,220.00 |
| 06/26/12 | 9 | Zurich American Insurance Company | settlement proceeds - Sherman Dodge | 1242-000 | 5,000.00 | | 10,220.00 |
| 01/31/13 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2100-000 | | 1,772.00 | 8,448.00 |
| 01/31/13 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2200-000 | | 299.54 | 8,148.46 |
| 01/31/13 | 001003 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | | 5800-000 | | 509.12 | 7,639.34 |
| 01/31/13 | 001004 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | | 5800-000 | | 7,639.34 | 0.00 |

```
                                              COLUMN TOTALS                     10,220.00        10,220.00        0.00
                                     Less:  Bank Transfers/CD's                    220.00             0.00
                                              Subtotal                           10,000.00        10,220.00
                                     Less:  Payments to Debtors                                        0.00
                                              Net                                10,000.00        10,220.00

                                                                                                    NET            ACCOUNT
                                              TOTAL - ALL ACCOUNTS            NET DEPOSITS    DISBURSEMENTS        BALANCE
                                     Money Market Account - ********2165           220.00             0.00           0.00
                                          Checking Account - ********4455       10,000.00        10,220.00           0.00
                                                                                ----------       ----------       --------
                                                                                10,220.00        10,220.00           0.00
                                                                                ==========       ==========       ========

                                              Page Subtotals                    10,220.00        10,220.00
```

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 09-43906 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MANGIAMELI, JERRY | | Bank Name: | Congressional Bank |
| | MANGIAMELI, INES | | Account Number / CD #: | *******4455 Checking Account |
| Taxpayer ID No: | *******3070 | | | |
| For Period Ending: | 03/05/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*